**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | North Jax Concrete and Construction LLC |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | FKA North Jax Concrete LLC |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 46-0789582 |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 15223 Landmark Circle S.<br>Jacksonville, FL 32226 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Duval | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL) _____

**6.   Type of debtor**
  ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
  ☐ Partnership (excluding LLP)
  ☐ Other. Specify: _____

Debtor  **North Jax Concrete and Construction LLC**    Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☐ No.
- ☒ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | Duval | 6/15/22 | 3:22-bk-01206 |
| District |  | When  | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☒ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | John C Holton, III | Relationship | Managing Member |
|---|---|---|---|
| District | Middle | When 12/10/24 | Case number, if known 3:24-bk-03748 |

Debtor __North Jax Concrete and Construction LLC__    Case number (*if known*)_____
      Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

**Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☒ 1-49            ☐ 1,000-5,000        ☐ 25,001-50,000<br>☐ 50-99           ☐ 5001-10,000        ☐ 50,001-100,000<br>☐ 100-199        ☐ 10,001-25,000      ☐ More than100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☒ $0 - $50,000          ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000          ☒ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion |

Debtor  North Jax Concrete and Construction LLC            Case number (*if known*) _____
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 18, 2025
              MM / DD / YYYY

X  /s/   John C Holton, III                              John C Holton, III
   Signature of authorized representative of debtor      Printed name

   Title   Managing Member

**18. Signature of attorney**

X  /s/ Thomas Adam                                       Date   August 18, 2025
   Signature of attorney for debtor                             MM / DD / YYYY

   Thomas Adam
   Printed name

   Adam Law Group, PA
   Firm name

   2258 Riverside Ave
   Jacksonville, FL 32204
   Number, Street, City, State & ZIP Code

   Contact phone _____   Email address  tadam@adamlawgroup.com

   FL
   Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | North Jax Concrete and Construction LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Atlantic Pipe Services  1420 Martin Luther King Jr., Blvd  Sanford, FL 32771 | | | | | | $16,315.00 |
| Big Ben's Tree Service  2717 St. Johns Bluff Rd.  Jacksonville, FL 32246 | | Trade debt | | | | $8,650.00 |
| BlueSite Solutions of N. Fla  2815 Powers Ave.  Jacksonville, FL 32207 | | Trade debt | | | | $2,630.07 |
| Brennen Rental Equipment  1701 East Duval St.  Jacksonville, FL 32202 | | Trade debt | | | | $51,883.11 |
| Cody Proffessional Surveying  PO Box 7540  Jacksonville, FL 32238 | | Trade debt | | | | $28,139.00 |
| Equipment Share Inc.  PO Box 650429  Dallas, TX 75265 | | Trade debt | | | | $5,253.90 |
| ERS Corp  760 Talleyrand Ave.  Jacksonville, FL 32202 | | Alleged money owed for services, labor, equipment, and materials | | | | $500,000.00 |
| Gate Fuel Services Inc.  PO Box 40505  Jacksonville, FL 32203 | | Trade debt | | | | $6,632.29 |

| Debtor | North Jax Concrete and Construction LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| H&E Equipment Services Inc.<br>7500 Pecue Lane<br>Baton Rouge, LA 70809 | | Trade debt | | | | $86,482.65 |
| Jaguar Concrete Pumping & Services, LLC<br>1145 Miller St.<br>Orange Park, FL 32073 | | | | | | $1,421.20 |
| Major Concrete LLC<br>4440 Industrial Park Rd.<br>Green Cove Springs, FL 32043 | | Trade debt | | | | $23,860.71 |
| National Equipment Dealers<br>c/o Timothy Moorhead, Esq.<br>505 Maitland Ave., Ste 1000<br>Altamonte Springs, FL 32701 | | Trade debt | | | | $35,508.47 |
| Oldcastle Infrastructure<br>PO Box 402721<br>Atlanta, GA 30384 | | Trade debt | | | | $30,280.34 |
| Pioneer Equipment Company<br>8515 Baymeadows Way, Ste 201<br>Jacksonville, FL 32256 | | Trade debt | | | | $60,754.84 |
| RealcoRecycling Company, Inc<br>8707 Somers Rd. S.<br>Jacksonville, FL 32226 | | Trade debt | | | | $4,541.33 |
| South Florida Law PLLC<br>1920 E. Hallandale Beach Blvd.<br>Hallandale, FL 33009 | | Attorney Fees | | | | $11,064.75 |
| SRM Concrete<br>1000 Hollingshead Circle<br>Murfreesboro, TN 37129 | | Trade debt | | | | $16,815.75 |
| Stephen W. Hoffman PSM<br>PO Box 977<br>Yulee, FL 32041 | | Trade debt | | | | $750.00 |

Official form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims         page 2

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor   North Jax Concrete and Construction LLC                    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TB Landmark Construction Inc 11220 New Berlin Rd. Jacksonville, FL 32226 | | | | | | $2,220.00 |
| Wind River Environment LLC 8892 Normandy Blvd. Jacksonville, FL 32221 | | Trade debt | | | | $1,226.50 |

# United States Bankruptcy Court
## Middle District of Florida

In re: North Jax Concrete and Construction LLC  
Debtor(s)

Case No.  
Chapter: 11

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: August 18, 2025

/s/ John C Holton, III  
John C Holton, III/Managing Member  
Signer/Title

15223 Landmark Circle S.  
Jacksonville, FL 32226

Thomas  Adam  
2258 Riverside Ave  
Jacksonville, FL 32204

Atlantic Pipe Services  
1420 Martin Luther King Jr., Blvd  
Sanford, FL 32771

Big Ben's Tree Service  
2717 St. Johns Bluff Rd.  
Jacksonville, FL 32246

BlueSite Solutions of N. Fla  
2815 Powers Ave.  
Jacksonville, FL 32207

Brennen Rental Equipment  
1701 East Duval St.  
Jacksonville, FL 32202

Cody Proffessional Surveying  
PO Box 7540  
Jacksonville, FL 32238

Dan Taylor  
20319 CR 121  
Hilliard, FL 32046

Equipment Share Inc.  
PO Box 650429  
Dallas, TX 75265

ERS Corp  
760 Talleyrand Ave.  
Jacksonville, FL 32202

Fora Financial  
242 W 36th St.  
New York, NY 10018

Forward Financing  
100 Summer St. 11th Floor  
Boston, MA 02110

Gate Fuel Services Inc.  
PO Box 40505  
Jacksonville, FL 32203

Guy and Sue Taylor  
7073 Oakridge Dr.  
Glen Saint Mary, FL 32040

```
H&E Equipment Services Inc.
7500 Pecue Lane
Baton Rouge, LA 70809


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Internal Revenue Services
P.O. Box 7346
Philadelphia, PA 19101


Jaguar Concrete Pumping & Services, LLC
1145 Miller St.
Orange Park, FL 32073


Jesenia Padilla
8255 Bengalin Ave.
Jacksonville, FL 32211


Jurijs Fraifelds
13077 Sir Rogers Ct. S
Jacksonville, FL 32224


Kyle Dean
111 Oakfield Dr. #115 D
Brandon, FL 33511


Major Concrete LLC
4440 Industrial Park Rd.
Green Cove Springs, FL 32043


National Equipment Dealers
c/o Timothy Moorhead, Esq.
505 Maitland Ave., Ste 1000
Altamonte Springs, FL 32701


Oldcastle Infrastructure
PO Box 402721
Atlanta, GA 30384


Pioneer Equipment Company
8515 Baymeadows Way, Ste 201
Jacksonville, FL 32256


RealcoRecycling Company, Inc
8707 Somers Rd. S.
Jacksonville, FL 32226


Residences at Parental Home
13077 Sir Rogers Ct. S.
Jacksonville, FL 32224


South Florida Law PLLC
1920 E. Hallandale Beach Blvd.
Hallandale, FL 33009
```

SRM Concrete
1000 Hollingshead Circle
Murfreesboro, TN 37129


Stephen W. Hoffman PSM
PO Box 977
Yulee, FL 32041


TB Landmark Construction Inc
11220 New Berlin Rd.
Jacksonville, FL 32226


U.S. SBA
2 North St., Ste 320
Birmingham, AL 35203


U.S. SBA
200 W. Santa Ana Blvd., Ste 740
Santa Ana, CA 92701


Virtual Homes Realty, LLC
1 Farraday Ln.
Palm Coast, FL 32137


Wind River Environment LLC
8892 Normandy Blvd.
Jacksonville, FL 32221